UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dr. Kishore Jayakumar,

Plaintiff(s),

v.

Jennifer Penning,

Defendant(s).
______________________________/

Case No. 26-13091

Honorable Shalina D. Kumar

Magistrate Judge Patricia T. Morris

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. 26-11779. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Susan K. DeClercq and Magistrate Judge Patricia T. Morris.

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

s/Susan K. DeClercq
Susan K. DeClercq
United States District Judge

---

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: September 2, 2026

s/ S Schoenherr
Deputy Clerk

cc: Parties and/or counsel of record
Honorable Susan K. DeClercq